UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-57-01-JD

<u>Richard Pelkey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; trial is rescheduled to the two-week period beginning August 18, 2009.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: May 28, 2009


cc: Jessica Brown, Esq.
    Peter Papps, Esq.
    U.S. Marshal
    U.S. Probation