UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 09-cr-57-01-JD

<u>Richard Pelkey</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; trial is continued to the two-week period beginning October 20, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                               */s/ Joseph A. DiClerico, Jr.*
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

Date: August 11, 2009

cc:  Jessica Brown, Esq.
     Peter Papps, Esq.
     U.S. Marshal
     U.S. Probation