```
                   UNITED STATES DISTRICT COURT FOR THE
                         DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 09-cr-57-01-JD

<u>Richard Pelkey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; the continuance is limited to one year.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                        <u>**/s/ Joseph A. DiClerico, Jr.**</u>
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date: October 13, 2009

cc:   Jessica Brown, Esq.
      Peter Papps, Esq.
      U.S. Marshal
      U.S. Probation